Matt Valenti, Esq. (State Bar No. 253978)
VALENTI LAW APC
5252 Balboa Avenue, Suite 700
San Diego, CA 92117
Phone: (619) 540-2189
E-mail: mattvalenti@valentilawapc.com

Attorney for Plaintiff SCOTT SCHUTZA

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCHUTZA,<br><br>              Plaintiff,<br><br>     vs.<br><br><br>TEAM CAR CARE WEST, LLC;<br>SECURITIES REAL ESTATE FUND<br>2012, LLC; and DOES 1-10,<br><br>              Defendants. | Case No.: 3:25-cv-00987-LL-KSC<br><br>STIPULATION TO DISMISS<br>PURSUANT TO F.R.CIV.P. 41<br>(a)(1)(A)(ii) |

- 1

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Scott Schutza and Defendants Team Car Care West, LLC and Securities Real Estate Fund 2012, LLC hereby stipulate and jointly request that this Court enter a dismissal with prejudice of the above-entitled action in its entirety. Each party shall bear his or its own costs, experts' fees, attorneys' fees, and litigation expenses (subject to any agreement with regard to same).

DATED:  September 5, 2025                    VALENTI LAW APC


By:  /s/ Matt Valenti
_____
Matt Valenti, Esq.
Attorney for Plaintiff
Scott Schutza


DATED:  September 5, 2025                    THE KARLIN LAW FIRM LLP


By:  /s/ Rex T. Reeves
_____
Rex T. Reeves, Esq.
Attorneys for Defendants
Team Car Care West, LLC and
Securities Real Estate Fund 2012,
LLC

- 2

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this joint motion is submitted, concur in the filing's content and have authorized the filing.

DATED:  September 5, 2025                    VALENTI LAW APC


By:  */s/ Matt Valenti*
                                            Matt Valenti, Esq.
                                            Attorney for Plaintiff
                                            Scott Schutza